ORIGINAL

**FILED**

10/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0333

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## CAUSE NO. DA 20-0333

FILED

OCT 1 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

|  |  |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| | ) |
| JEFFERY PATRICK HEENAN, | ) |
| Petitioner & Appellant, | ) |
| and | ) **GRANT OF EXTENSION** |
| SARAH KATE WALLACE, | ) |
| Respondent & Appellee. | ) |

UPON CONSIDERATION of Appellee's Motion for Extension of Time, and for good cause shown, it is hereby;

ORDERED that the Motion is granted and Appellee is given an extension of time to November 30, 2020 to file and serve her Response Brief.

Dated this 19th day of October, 2020.

_____
BOWEN GREENWOOD, CLERK

Order Granting Extension of Time